UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIVERKEEPER, INC.,

        Plaintiff,

v.

ROYAL COACH LINES, LLC and LINES, INC.,

        Defendants.

---

> Application granted. All deadlines in this matter are temporarily stayed until March 3, 2025. Thereafter, the parties shall file their consent decree by March 17, 2025.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence at Doc. 21.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 21, 2025

## MOTION FOR STAY AND NOTICE OF LODGING OF CONSENT DECREE

The parties Plaintiff Riverkeeper, Inc. and Defendant Royal Coach Lines, LLC (collectively, the "Parties") respectfully move the Court to stay all future deadlines in this matter. The Parties hereby provide notice to the Court that the Parties have agreed to a settlement of this case. Pursuant to the federal Clean Water Act, the United States Department of Justice ("DOJ") and the Environmental Protection Agency ("EPA") must have a period of 45 days in which to review and provide any comments on the proposed settlement. 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5(b). Plaintiff has lodged a copy of the proposed Consent Decree with DOJ and EPA as required by the statute. Following the 45-day review period, the Parties will move the Court to enter the Consent Decree.

Respectfully submitted this 17th day of January, 2025.

| | |
|---|---|
| /s/  *Andie Altchiler* | /s/  *Xavier Lawrence* |
| Andie Altchiler | Xavier Lawrence |
| Julia Muench | Colin Van Dyke |
| Super Law Group, LLC | Anderson & Kreiger LLP |
| 222 Broadway, 22nd Floor | 50 Milk Street, 21st Floor |
| New York, NY 10038 | Boston, MA 02109 |
| 212-242-2355, ext. 6 | xlawrence@andersonkreiger.com |
| andie@superlawgroup.com | cvandyke@andersonkreiger.com |
| julia@superlawgroup.com | *Attorneys for Defendant Royal Coach Lines, Inc.* |
| *Attorneys for Plaintiff* | |